THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLO-MON S. CARVALHO et al., Respondents, *v.* THE WARDEN OF THE CITY PRISON, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

*People ex rel. Carvalho* v. *Warden of City Prison,* 144 App. Div. 24; affirmed.
(Argued October 6, 1914; decided October 23, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1911, which affirmed an order of Special Term sustaining writs of habeas corpus and discharging the relators from custody.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for appellant.

*Clarence J. Shearn* for respondents.

Order affirmed; no opinion.
Concur: WERNER, HISCOCK, COLLIN, HOGAN and CARDOZO, JJ. Not voting: CHASE, J. Not sitting: MILLER, J.